[No. 14779-7-III.     Division Three.     August 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
SYLVESTER LOPEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 94-8-00157-7, Donald W. Schacht, J.,
entered March 9, 1995. *Reversed* by unpublished opinion
per Schultheis, A.C.J., concurred in by Munson and
Thompson, JJ.

[No. 14949-8-III.     Division Three.     August 27, 1996.]

PREMIER ONE, INC., *Respondent*, v. TEMPO ONE STOP
RECORD, INC., *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 91-2-00273-2, Kathleen M. O'Connor,
J., entered June 2, 1995. *Reversed* by unpublished opinion
per Thompson, J., concurred in by Schultheis, A.C.J., and
Munson, J.

[No. 14400-3-III.     Division Three.     August 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD
JAMES NEIGHBORS, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-1-01446-6, Marcus M. Kelly, J.,
entered October 7, 1994. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, C.J., and
Munson, J.

[No. 14503-4-III.     Division Three.     August 29, 1996.]

DOROTHY GRENING, *Respondent*, v. WESTERN SKY
SPORTS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Lincoln County, No. 93-2-00038-4, Philip W. Borst, J.,
entered November 9, 1994. *Reversed* by unpublished
opinion per Sweeney, C.J., concurred in by Thompson, J.,
Munson, J., dissenting.